156 A.3d 163

STATE OF NEW JERSEY IN THE INTEREST
OF C.K. (C.K.—PETITIONER)

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005469–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted limited to the issue of the constitutionality of imposing the lifetime registration requirements of Megan's Law on juvenile offenders.

156 A.3d 163

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARTIN TACCETTA, DEFENDANT–PETITIONER.

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001034–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.